**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GRANITE BROADCASTING | : | Case No. 06-12984 (ALG) |
| CORPORATION, et al., | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## BRIDGE ORDER PURSUANT TO SECTION 1121(d) OF THE
## BANKRUPTCY CODE EXTENDING THE DEBTORS' EXCLUSIVE PERIODS

Upon the Debtors' Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors' Exclusive Periods (the "Motion"), filed by Granite Broadcasting Corporation ("Granite") and certain of its direct and indirect subsidiaries (together with Granite, the "Debtors"),[1] seeking entry of an order pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending the time period within which the Debtors have the exclusive right to (a) propose and file a chapter 11 plan of reorganization (the "Exclusive Filing Period") and (b) solicit acceptances upon such a filed plan (the "Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods"), all as more fully set forth in the Motion; and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Motion and the relief requested therein; and the Debtors' chapter 11 cases having been automatically referred to this Court by the Standing Order of the District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting Chief Judge); and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and the Debtors' having properly provided notice to (i) those parties listed

---

[1] The direct and indirect subsidiaries of Granite that are debtors in these cases are WXON, Inc., WXON License Inc., KBWB, Inc., KBWB License, Inc., and WEEK-TV License, Inc.

on the Master Service List established in these cases; and (ii) any party who has filed a notice of

appearance in the Debtors' chapter 11 cases who has not yet been added to the Master Service

List; and it appearing that no other or further notice need be provided; and as a hearing on the

Motion being scheduled for April 11, 2007 at 10:00 a.m.; and as the Debtors' Exclusive Filing

Period is currently set to expire on April 10, 2007; and the Court having determined that it is

appropriate to enter a bridge order extending the Exclusive Periods until the Court makes a final

determination on the relief requested in the Motion; it is therefore

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the

Debtors' Exclusive Periods are hereby extended until such time as the Court makes a final

determination on the relief requested in the Motion.

Dated: March 27, 2007
       New York, New York

_____/s/ Allan L. Gropper_____
UNITED STATES BANKRUPTCY JUDGE